Timothy K. **BECKLEAN**, Petitioner–Appellant,

v.

**DIRECTOR OF REVENUE**, Respondent–Respondent.

No. 21772.

Missouri Court of Appeals, Southern District, Division One.

March 2, 1998.

Eric Hutson, Lebanon, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for Respondent.

PREWITT, Judge.

Appellant filed a petition contesting the revocation of his driver's license for refusal to submit to a chemical test of his blood-alcohol content. The matter was tried on June 4, 1997, and taken under advisement until the following day. On June 5, 1997, the docket sheet shows the following:

6-5-97 *attys appear, further argument made on the record, Court finds in favor of Director of Revenue. Petition denied. Order of revocation of Director of Revenue is affirmed. CHarm,*

The appeal was taken from this writing. There is no other entry in the record which purports to be a judgment or other final determination of the trial court. For an entry to be a judgment under Rule 74.01(a), it must be denominated as a judgment, although not necessarily at the top of the writing. *Brooks v. Director of Revenue*, 954 S.W.2d 715 (Mo.App.1997). *See also City of*

*St. Louis v. Hughes,* 950 S.W.2d 850 (Mo. banc 1997). Absent a judgment, this Court does not have jurisdiction and must dismiss the appeal. *Brooks, supra.*

The appeal is dismissed.

GARRISON, P.J., and CROW, J., concur.